# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: April 12, 2005

To: United States Court of Appeals        Attn: ( )   Civil
    For the Ninth Circuit
    Office of the Clerk                         (✓)  Criminal
    95 Seventh Street
    San Francisco, California 94103             ( )   Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        CR 02-00341HG-03           Appeal No:    04-10559

Short Title:  USA vs. Maldonado

**FILED APR 14 2005** CATHY A. CATTERSON, CLERK U.S. COURT OF APPEALS

| | | |
|---|---|---|
| Clerk's Files in | 4 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | 8 | volumes (✓) original ( ) certified copy<br>8/28/02, 3/31/03, 4/17/03, 4/17/03, 4/17/03, 5/7/04, 5/7/04, 9/16/04 |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

**RECEIVED MAY 26 2006 CLERK, U.S. DISTRICT COURT DISTRICT OF HAWAII**

Other:
-certified copy of docket sheet
-sealed document nos: # 132, 139, 156, 202, 203, 208, 212, 214, 220, 246, 247, 251, 252, 254, 255, (Sealed Transcript for 11/16/04)

Acknowledgment: _Alyson Queeney_    Date: 05·26·06

cc: all named counsel

258

May 25, 2006

# DISTRICT COUNT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
(415) 556-9920

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CR-02-00341-HG
**Appeal Number:** 04-10559
**Short Title:** USA v. Maldonado

**Volumes**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Clerk's Records in: | 4 | | | 0 | Certified Copy(ies) | | |
| Reporters Transcripts in: | 8 | | | 0 | Certified Copy(ies) | | |
| Exhibits in: | 17 | Envelopes | | 17 | Under Seal | | |
| | 0 | Boxes | | 0 | Under Seal | | |
| | 0 | Volumes | Volume 0 | of record | | 0 | Under Seal |
| State Lodged Docs in: | 0 | Envelopes | 0 Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | |
| Bulky Documents in: | 0 | Envelopes | 0 Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | |

**Other:**

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.