UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

UNITED STATES OF AMERICA,  Case No. 02-00341-HG 03

    Plaintiff,

vs.

ROBERT R. MALDONADO, JR.

    Defendant.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 21 2007

at 1 o'clock and 55 min P.M.
SUE BEITIA, CLERK

---

Defendant's Request To verify the filing of defendant's 28 USC §2255 placed into the prison mail box on or about April 1st, 2007.

---

    Now Comes; defendant Maldonado with this request to the court to verify the filing and case number of defendant's Title 28 United States Code Section 2255 Motion To Vacate A Sentence.

    Defendant placed his 28 USC §2255 into the prison mail box, deemed filed on April 1st, 2007 ..... however; defendant has not received a filed stamped copy nor a case number.

Wherefore; will this court grant this request for verification and its case number on defendant's 28 USC §2255?

Signed, dated and mailed

November 15th, 2007

Respectfully Submitted;

*Robert R. Maldonado Jr.* (signature)

Robert R. Maldonado, Jr.

37601-048

USP Victorville

Box 5500

Adelanto, California   92301