NAME
REG#
UNITED STATES PENITENTIARY
P.O. BOX 5500
ADELANTO CA 92301

Clerk of the Clerk
U.S. District Court
District of Hawaii
#300 Ala Moana Blvd, C-338
P.O. Box 50129
Honolulu, HI 96850-0338



RECEIVED
CLERK U.S. DISTRICT COURT
NOV 21 2007
DISTRICT OF HAWAII
CR 02-00341-03