

# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

Sue Beitia
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

November 26, 2007

Robert R. Maldonado, Jr.
#37601-048
USP Victorville
P O Box 5500
Adelanto CA 92301

RE:   1:02-cr-00341-HG-03 USA v. Maldonado

Dear Mr. Maldonado,

I am writing in response to the above mentioned case. The Clerk's Office is in receipt of your "Request to Verify th Filing of Defendant's Title 28 U.S.C § 2255 Motion to Vacate a Sentence" dated November 15, 2007 enclosed herein.

Your request has been verified. The Clerk's Office is NOT in receipt of your aforementioned "Title 28 U.S.C § 2255 Motion to Vacate a Sentence" placed into the said "prison mail box on or about April 1, 2007".

Enclosed is a copy of your docket sheet including ALL entries starting from 2006 up to and including today, November 26, 2007 for your reference.

If you have any further questions regarding this matter, please contact our office at (808)541-1300.

Sincerely,

SUE BEITIA, CLERK

by: Deputy Clerk

encl.

TERMED

# U.S. District Court
## District of Hawaii - CM/ECF V3.04 (3/07) (Hawaii)
### CRIMINAL DOCKET FOR CASE #: 1:02-cr-00341-HG-3

Case title: USA v. Minton
Other court case number: 2:03-mj-02006 0978 INTERIN
Magistrate judge case number: 1:02-mj-00620

Date Filed: 08/08/2002
Date Terminated: 09/16/2004

Assigned to: JUDGE HELEN GILLMOR

### Defendant

**Robert R. Maldonado, Jr.** (3)
*TERMINATED: 09/16/2004*

represented by **Rustam Barbee**
Law Office of Rustam A. Barbee
1188 Bishop St Ste 2606
Honolulu, HI 96813
524-4406
Fax: 524-4306
Email: rustam@honoluluattorney.com
*TERMINATED: 09/16/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Shawn A. Luiz**
City Center
810 Richards St Ste 800
Honolulu, HI 96813
538-0500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

21 USC 846: DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE AND COCAINE, SCHEDULE II CONTROLLED SUBSTANCES

### Disposition

ADJUDGED: Impr of 200 mos. SUPERVISED RELEASE: 5 yrs upon the following conditions: 1. That the defendant shall abide by

(1s) the standard conditions of supervision. 2. That the defendant not commit any crimes, federal, state, or local (mandatory conditio n). 3. That the defendant not possess illegal controlled substances (mandatory condition). 4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two drug tests thereafter, as directed by the Probation Office (mandatory condition). 5. That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Pro bation Office. 6. That the defendant is prohibited from possessing a firearm or ammunition as defined in 18 U.S.C. 921. 7.That the defendant is prohibited from possessing any illegal or dangerous weapons. 8. That the defendant provide the Probation O ffice access to any requested financial information.9. The defendant may change his residence only with the advance approval of the Probation Office. 10. That the defendant shall submit his person, residence, place of employment, or vehicle to a sear ch conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a

condition of supervision. Failure to submit to a search may be grounds for revoca tion. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition. 11. That the defendant shall cooperate in the collection of DNA as directed by the probation officer. Special Assessment: $1 00 RECOMMENDATIONS: Terminal Island, CA, or in the alternative, Lompoc, CA. That the defendant participate in drug treatment, educational and vocational training programs.

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| 21 USC 846: CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE AND COCAINE, SCHEDULE II CONTROLLED SUBSTANCES (1) | MOTION TO DISMISS COUNTS 3 and 4 of the SUPERSEDING INDICTMENT AS TO THIS DEFENDANT is granted; counts superseded |
| 21 USC 841(a)(1) and 18 USC 2: POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE, A SCHEDULE II CONTROLLED SUBSTANCE (3) | MOTION TO DISMISS COUNTS 3 and 4 of the SUPERSEDING INDICTMENT AS TO THIS DEFENDANT is granted; counts superseded |
| 21 USC 841(a)(1) and 18 USC 2: POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE, A SCHEDULE II CONTROLLED SUBSTANCE (3s) | MOTION TO DISMISS COUNTS 3 and 4 of the SUPERSEDING INDICTMENT AS TO THIS DEFENDANT is granted. |

| | |
|---|---|
| 21 USC 841(a)(1) and 18 USC 2: POSSESS WITH INTENT TO DISTRIBUTE COCAINE, A SCHEDULE II CONTROLLED SUBSTANCE<br>(4s) | MOTION TO DISMISS COUNTS 3 and 4 of the SUPERSEDING INDICTMENT AS TO THIS DEFENDANT is granted. |

**Highest Offense Level (Terminated)**

Felony

| Complaints | Disposition |
|---|---|
| None | |

---

**Plaintiff**

**USA**     represented by **Thomas Muehleck**
Office of the United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Blvd Ste 6100
Honolulu, HI 96850
541-2850
Email: tom.muehleck@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/10/2006 | 269 | JUDGMENT; Memorandum of USCA (certified copy) as to Robert R. Maldonado, Jr re [235] Notice of Appeal - Final Judgment (Attachments: # 1 USCA Transmittal Letter with Service List)(afc) (Entered: 02/15/2006) |
| 02/10/2006 | | COURT'S CERTIFICATE of Service - a copy of 269 USCA Judgment and Memorandum, will be served by First Class Mail to the addresses of record on February 16, 2006. Registered Participants of CM/ECF received the document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). [Judge Gillmor, CRM, USM, PTS, USPO copied via inter-office delivery] (afc) (Entered: 02/15/2006) |

| | | |
|---|---|---|
| 05/26/2006 | 273 | Appeal Record Returned by 9CCA as to Robert R. Maldonado, Jr: [235] Notice of Appeal - Final Judgment (afc) (Entered: 05/30/2006) |
| 11/21/2007 | 276 | REQUEST TO VERIFY the Filing of Defendant's Title 28 U.S.C. § 2255 Motion to Vacate a Sentence. (Attachments: # 1 copy of envelope)(bbb, ) (Entered: 11/26/2007) |