UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>vs.<br><br>ROBERT R. MALDONADO, JR.<br><br>    Defendant. | Case No. 02-00341-HG 03<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>DEC 10 2007<br><br>at 11 o'clock and 35 min A M.<br>SUE BEITIA, CLERK |

---

Defendant's Request to enter the filing of defendant's [enclosed] 28 USC §2255 on the date placed into the prison mail box on April 1st, 2007.

---

Now Comes; defendant Maldonado with this request to the court to reflect the filing and case number of defendant's [enclosed] Title 28 United States Code Section 2255 Motion To Vacate A Sentence, as April 1st, 2007.

Defendant placed his 28 USC §2255 into the prison mail box, deemed filed on April 1st, 2007 ..... however; the clerk's office did not receive nor filed as they stated: The Clerk's Office has not received defendant's 28 U.S.C.§2255.

    SEE: Exhibit "1"

Wherefore; will this court grant this request and order the filing date to reflect April 1st, 2007 on defendant's [enclosed] 28 USC §2255?

Signed, dated and mailed

under oath and affidavit

December 5th, 2007

                                      Respectfully Submitted;

                                      */s/ Robert Maldonado Jr.*

                                      Robert R. Maldonado, Jr.

                                      37601-048

                                      USP Victorville

                                      Box 5500

                                      Adelanto, California   92301