

# UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII
### OFFICE OF THE CLERK
### 300 ALA MOANA BLVD., RM C-338
### HONOLULU, HAWAII 96850

TEL (808) 541-1300
FAX (808) 541-1303

Sue Beitia
CLERK

November 26, 2007

Robert R. Maldonado, Jr.
#37601-048
USP Victorville
P O Box 5500
Adelanto CA 92301

RE:   1:02-cr-00341-HG-03 USA v. Maldonado

Dear Mr. Maldonado,

I am writing in response to the above mentioned case. The Clerk's Office is in receipt of your "Request to Verify th Filing of Defendant's Title 28 U.S.C § 2255 Motion to Vacate a Sentence" dated November 15, 2007 enclosed herein.

Your request has been verified. The Clerk's Office is NOT in receipt of your aforementioned "Title 28 U.S.C § 2255 Motion to Vacate a Sentence" placed into the said "prison mail box on or about April 1, 2007".

Enclosed is a copy of your docket sheet including ALL entries starting from 2006 up to and including today, November 26, 2007 for your reference.

If you have any further questions regarding this matter, please contact our office at (808)541-1300.

Sincerely,

SUE BEITIA, CLERK

by: Deputy Clerk

encl.