Robert Muldrow Jr.
#37261-048
United States Penitentiary
P.O. Box 5500
Adelanto, California
92301

LEGAL MAIL

Clerk
United States District Court
District of Hawaii
300 Ala Moana Blvd, Room C-3
Honolulu, Hawaii

96850