# MINUTES

| | |
|---|---|
| CASE NUMBER: | Civil No. 07-00597HG LEK |
| | Criminal No. 02-00341HG-003 |
| CASE NAME: | United States v. Robert R. Maldonado, Jr. |
| ATTYS FOR PETITIONER: | Pro Se |
| ATTYS FOR RESPONDENT: | Thomas Muehleck, AUSA |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | |
| DATE: | December 12, 2007 | TIME: | |

## MINUTE ORDER

On December 10, 2007, Movant Robert R. Maldonado, Jr. filed a Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody under 28 U.S.C. § 2255 (Doc. 278).

Pursuant to LR 7.10, respondent United States has until on or before **January 9, 2008** to file a response addressing the matters asserted in the petition as grounds for relief.


Submitted by: Mary Rose Feria, Courtroom Manager

cc:   Robert R. Maldonado, Jr.
      Thomas Muehleck, AUSA
      Chief Judge Gillmor's chambers