EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS C. MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Thomas.Muehleck@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CV. NO. 07-00597 HG-LEK |
| | ) CR. NO. 02-00341-03 HG |
| Plaintiff, | ) |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| ROBERT R. MALDONADO, JR., | ) |
| | ) |
| Defendant. | ) |
| | ) |

CERTIFICATE OF SERVICE

       I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the MOTION FOR ORDER WAIVING DEFENDANT'S ATTORNEY-CLIENT PRIVILEGE WITH RESPECT TO THE INSTANT 2255 PROCEEDINGS was served on the following at the last known address:

Served by First Class Mail:

    Robert R. Maldonado, Jr.
    Inmate No. 37601-048
    USP Victorville
    U.S. Penitentiary
    P.O. Box 5500
    Adelanto, CA   92301

    DATED:  December 13, 2007, at Honolulu, Hawaii.

                                        /s/ Dawn M. Aihara