EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

THOMAS C. MUEHLECK #3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Thomas.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>     vs.                           )<br>                                   )<br> ROBERT R. MALDONADO, JR.,         )<br>                                   )<br>            Defendant.             )<br>_____) | CV. NO. 07-00597 HG-LEK<br>CR. NO. 02-00341-03 HG<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

   I hereby certify that the Order Waiving Defendant's Attorney-Client Privilege With Respect to the Instant 2255 Proceedings was submitted to Chief District Judge Helen Gillmor for signature and was served on the following counsel on December 13, 2007:

Served by First Class Mail:

    Robert R. Maldonado, Jr.
    Inmate No. 37601-048
    USP Victorville
    U.S. Penitentiary
    P.O. Box 5500
    Adelanto, CA    92301

        DATED:  December 13, 2007, at Honolulu, Hawaii.

                                                    /s/ Dawn M. Aihara