EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIV. NO. 07-00597 HG/LEK |
| | ) CR. NO. 02-00341-03 HG |
| Plaintiff, | ) |
| | ) UNITED STATES' MOTION FOR |
| vs. | ) EXTENSION TO FILE RESPONSE TO |
| | ) DEFENDANT'S MOTION TO VACATE |
| ROBERT MALDONADO, JR., | ) SENTENCE UNDER 28 U.S.C. § 2255 |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

UNITED STATES' MOTION FOR
EXTENSION TO FILE RESPONSE TO DEFENDANT'S
MOTION TO VACATE SENTENCE UNDER 28 U.S.C. § 2255

On December 10, 2007, Defendant Maldonado filed an untimely motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.  The Court directed the United States to file a response on or before January 9, 2008.  The United States sought and received an order from the Court finding that the attorney-client relationship had been waived based on the defendant's allegation of ineffective assistance of counsel.  The

United States served Defendant Maldonado's trial and appellate counsel with that order and requested their declarations regarding the ineffective assistance of counsel claim. Accordingly, the United States asks the Court for a thirty (30) day extension of time within which to file its response.

DATED: December 31, 2007, at Honolulu, Hawaii.

Respectfully submitted,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


       /s/ Thomas Muehleck
By _____
   THOMAS MUEHLECK
   Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

Served by First Class Mail:

Robert R. Maldonado, Jr.
37601-048
USP Victorville, Box 5500
Adelanto, California 92301

                                             /s/ Patricia L. Redondo
                                             _____