# MINUTES

| | |
|---|---|
| CASE NUMBER: | Civil No. 07-00597HG LEK<br>Criminal No. 02-00341HG-003 |
| CASE NAME: | United States v. Robert R. Maldonado, Jr. |
| ATTY FOR PETITIONER: | Pro Se |
| ATTY FOR RESPONDENT: | Thomas Muehleck, AUSA |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | |
| DATE: | January 7, 2008 | TIME: | |

## MINUTE ORDER

On December 10, 2007, Movant Robert R. Maldonado, Jr. filed a Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody under 28 U.S.C. § 2255 (Doc. 278).

The Court directed the United States to file a response on or before January 9, 2008.

On December 31, 2007, the United States filed a "Motion for Extension To File Response to Defendant's Motion to Vacate Sentence Under 28 U.S.C. §2255" (Doc. 285), asking for a thirty day extension of time within which to file its response. The United States' Motion is **GRANTED**. The United States has until on or before **February 8, 2008** to file its response.

IT IS SO ORDERED.

Submitted by: Mary Rose Feria, Courtroom Manager

cc:   Robert R. Maldonado, Jr.
    Thomas Muehleck, AUSA
    Chief Judge Gillmor's chambers