Robert R. Maldonado Jr.
#37601-048
United States Penitentiary
P.O. Box 5500
Adelanto, CA. 92301-5155

United States District Court
District of Hawaii
300 Ala Moana Blvd.; C-338
Honolulu, Hawaii 96850-0338
Clerk

Official Business

