EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI 2286
Chief, Narcotics Section

THOMAS MUEHLECK 3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 19 2003

at____o'clock and____min.____M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 02-00341 HG |
|---|---|
| Plaintiff, | ) |
| | ) FIRST SUPERSEDING INDICTMENT |
| vs. | ) [21 U.S.C. §§ 846 and |
| | ) 841(a)(1); 18 U.S.C. §§ 922, |
| | ) 921 and 2; 26 U.S.C. § 5861] |
| MICHAEL MINTON, (01), | ) |
| ROBIN WEBSTER MINTON, (02), | ) |
| ROBERT R. MALDONADO, JR., (03), | ) |
| RYAN KAWIKA SONOGNINI, (04), | ) |
| | ) |
| Defendants. | ) |

FIRST SUPERSEDING INDICTMENT

COUNT 1

The Grand Jury charges that:

From a date unknown but from at least February 1, 2001, to on or about July 31, 2002, in the District of Hawaii and elsewhere, the defendants, MICHAEL MINTON, ROBIN WESTER MINTON,

**EXHIBIT 1**

ROBERT R. MALDONADO, JR., and RYAN KAWIKA SONOGNINI did conspire together with each other and with other persons known and unknown to the grand jury, to knowingly and intentionally distribute and possess with intent to distribute a quantity of methamphetamine, its salts, isomers and salts of its isomers, in excess of 50 grams, and to distribute and possess with intent to distribute a quantity of cocaine, in excess of 500 grams, both Schedule II controlled substances.

In violation of Title 21, United States Code, Section 841(a)(1).

<u>OVERT ACTS</u>

In furtherance of the conspiracy and to effect the objectives of this conspiracy, the defendants performed overt acts in the District of Hawaii and elsewhere, including but not limited to:

(1) During February 2001, the defendants MICHAEL MINTON and ROBIN WEBSTER MINTON rented public storage lockers in Waipahu, Hawaii;

(2) During March 2001, the defendant ROBIN WEBSTER MINTON drew a check on the Hawaii USA Federal Credit Union in the amount of $610;

(3) During 2002 the defendant ROBERT R. MALDONADO, JR., and RYAN SONOGNINI distributed quantities of cocaine on the Island of Oahu;

(4) On or about May 4, 2002, defendant RYAN KAWIKA SONOGNINI rented a public storage location in Waipahu, Hawaii.

(5) On or about June 19, 2002, at the Honolulu International Airport, defendant MICHAEL MINTON attempted to board a Hawaiian Airlines flight to California with $232,807 in U.S. currency;

(6) On or about July 22, 2002, the defendants MICHAEL MINTON, ROBIN WEBSTER MINTON, and RYAN SONOGNINI stored a quantity of cocaine in excess of 500 grams in a public storage locker in Waipahu, Hawaii;

(7) On or about July 25, 2002, the defendants ROBIN WEBSTER MINTON and ROBERT R. MALDONADO, JR., stored a quantity of methamphetamine in excess of 50 grams and a quantity of cocaine in excess of 500 grams in a room at the Hawaii Prince Hotel in Honolulu, Hawaii.

All in violation of 21 United States Code, Section 846.

### COUNT 2

The grand jury further charges that:

On or about July 22, 2002, the defendants MICHAEL MINTON, ROBIN WEBSTER MINTON and RYAN SONOGNINI did knowingly and intentionally possess with intent to distribute a quantity of cocaine, in excess of 500 grams, that is approximately four kilograms of cocaine, a Schedule II controlled substance.

All in violation of 21 United States Code, Section 841(a)(1) and Title 18 United States Code, Section 2.

## COUNT 3

The grand jury further charges that:

On or about July 25, 2002, in the District of Hawaii, defendants ROBIN WEBSTER MINTON AND ROBERT R. MALDONADO, JR., did knowingly and intentionally possess with intent to distribute a quantity of methamphetamine, its salts, isomers and salts of its isomers in excess of 50 grams, a Schedule II controlled substance.

All in violation of 21 United States Code, Section 841(a)(1) and Title 18 United States Code, Section 2.

## COUNT 4

The grand jury further charges that:

On or about July 25, 2002, in the District of Hawaii, defendants ROBIN WEBSTER MINTON and ROBERT R. MALDONADO, JR., did knowingly and intentionally possess with intent to distribute a quantity of cocaine, in excess of 500 grams, that is, approximately 870 grams, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841 (a)(1) and Title 18, United States Code, Section 2.

## COUNT 5

The grand jury further charges that:

On or about July 22, 2002, in the District of Hawaii,

4

defendant MICHAEL MINTON did knowingly and unlawfully possess a firearm, a machine gun, that is, an Israel Military Industries, 9mm caliber, Model A pistol, Serial Number SA 28427, a RPB Industries, .380 automatic caliber, Model SM 11-A1 pistol, Serial Number SAP 3803-4-; a Heckler and Koch 9mm, Model SP 89 pistol, Serial Number 21-16043; a Poly Technologies 7.62 x 39 caliber, Model AK-47/S rifle, Serial Number P47-01013; a Zastava Kragujevac 7.2 x 39 caliber, AK-47 rifle, Serial Number 007232 and a Rock Island Armory, .223 caliber, Model XM 15A1 rifle, Serial Number 000731.

All in violation of Title 18, United States Code, Sections 922(o)(1) and 921(a)(23).

## COUNT 6

The grand jury further charges that:

On or about July 22, 2002, in the District of Hawaii, defendant MICHAEL MINTON did knowingly and unlawfully possess a firearm, a silencer as defined in Section 921 of Title 18, United States Code, which firearm was not registered to MICHAEL MINTON in the National Firearms Registration and Transfer record.

//
//
//
//
//

5

All in violation of Title 26, United States Code, Section 5861(d).

DATE: March 19, 2003, Honolulu, Hawaii.

A TRUE BILL

/s/ Nancy H. Murufan
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ Florence T. Nakakuni
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

/s/ T. Muehleck
THOMAS MUEHLECK
Assistant U.S. Attorney

United States v. Michael Minton, et.al.
Cr. No. 02-00341 HG
FIRST SUPERSEDING INDICTMENT