**U.S. Department of Justice**
**Drug Enforcement Administration**

## REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

| 1. HOW OBTAINED (Check) | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|
| ☐ Purchase  ☒ Seizure  ☐ Free Sample  ☐ Lab. Seizure  ☐ Money Flashed  ☐ Compliance Sample (Non-Criminal)  ☐ Internal Body Carry  ☐ Other (Specify) N/A | R4-02-0041 | API 00 | WAM1R |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Honolulu, Hawaii | 7-25-2002 | Michael Manton |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL ☐ Case No. OR  ☐ Seizure No.  No. N/A | 7. DATE PREPARED 07-30-2002 | 8. GROUP NO. 3 |
|---|---|---|---|
| N/A | | | |

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | 13. Seized | 14. Submitted | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| 21 | 2002134929 | amphetamine | White substance wrapped in a "FoodSaver Vacloc" plastic bag (opened) and further wrapped in a black plastic bag was placed in a brown manila envelope to preserve the fingerprints on the bags for analysis | | 975.9 grms | |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG?  ☒ NO (included above)  ☐ YES (if Yes, enter exhibit no. and describe original container fully)

**REMARKS:**
On July 25, 2002, Officer Clement Enoka III of the Honolulu Police Department, recovered exhibit 21 from the Hawaii Prince Hotel located at 100 Holomoana Street, Honolulu, Hawaii, 96815. The exhibit was recovered from the bed located in room #611. Officer Enoka maintained custody of the exhibit until turning custody of the exhibit over to TF/O Timothy Mariani. TF/O Mariani maintained custody of the exhibit until processing the exhibit as evidence and mailing the exhibit to the DEA Southwest Laboratory via RMRR.
*****FINGERPRINT ANALYSIS*****

| 17. SUBMITTED BY SPECIAL AGENT (Signature) TF/O Timothy Mariani | 18. APPROVED BY (Signature & Title) G/S Michael Johnson |
|---|---|

### LABORATORY EVIDENCE RECEIPT REPORT

| 19. NO. PACKAGES 1HSEG | 20. RECEIVED FROM (Signature & Date) RC 01/850207 | 21. Print or Type NAME and TITLE |
|---|---|---|
| 22. SEAL  ☐ Broken  ☒ Unbroken | 23. RECEIVED BY (Signature & Date) 8-5-02 | 24. Print or Type NAME and TITLE Burleson, CT |

### LABORATORY REPORT

**25. ANALYSIS SUMMARY AND REMARKS**

Ex. #21

Gross Wt.:  983.1 gm
Net Wt.:    873.0 gm
Contains:   Cocaine HCl

Packaging submitted for fingerprint exam. Separate report to follow.

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 21 | 160620 | Cocaine HCl | 83 | % | — | 724.6 gm | 872.3 gm |

| 34. ANALYST (Signature) Sylvia G. Tarin | 35. TITLE Forensic Chemist | 36. DATE COMPLETED 10/07/02 |
|---|---|---|
| 37. APPROVED BY (Signature & Date) William F. Phillips  10-22-02 | 38. TITLE Laboratory Director | 39. LAB. LOCATION National City, CA |

DEA Form - 7
(Sept. 1995)

Previous edition dated 4/90 may be used until stock is exhausted.

**EXHIBIT 7** Prosecution

**U.S. Department of Justice**
**Drug Enforcement Administration**

Read Instructions on Reverse before completing.

## REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

| 1. HOW OBTAINED (Check) | | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|---|
| ☐ Purchase  ☒ Seizure  ☐ Free Sample | | | R4-02-0041 | API 100 | WAM1R |
| ☐ Lab. Seizure  ☐ Money Flashed  ☐ Compliance Sample (Non-Criminal) | | | | | |
| ☐ Internal Body Carry  ☐ Other (Specify)  N/A | | | | | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Honolulu, Hawaii | 7-25-2002 | Michael MINTON |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|
| N/A | ☐ Case No. OR  ☐ Seizure No.  No. N/A | 07-30-2002 | 3 |

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | 13. Seized | 14. Submitted | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| 22 | 2002134932 | Methamphetamine | Fifteen 4 1/2" X 2 3/4" ziplock type bags and one 1 1/4" X 1" ziplock type plastic bag containing a crystalline substance suspected of being crystal methamphetamine | | 465.8 grms | |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG?  ☐ NO (included above)  ☒ YES (if Yes, enter exhibit no. and describe original container fully)

**REMARKS:**
On July 25, 2002, Officer Clement Enoka III of the Honolulu Police Department, recovered exhibit 22 from the Hawaii Prince Hotel located at 100 Holomoana Street, Honolulu, Hawaii, 96815. The exhibit was recovered from the bed located in room #611. Officer Enoka maintained custody of the exhibit until turning custody of the exhibit over to TF/O Timothy Mariani. TF/O Mariani maintained custody of the exhibit until processing the exhibit as evidence and mailing the exhibit to the DEA Southwest Laboratory via RMRR.

*****FINGERPRINT ANALYSIS*****

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| TF/O Timothy Mariani | G/S Michael Johnson |

## LABORATORY EVIDENCE RECEIPT REPORT

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 1 | RC 011 850 207 | |
| 22. SEAL  ☐ Broken  ☒ Unbroken | 23. RECEIVED BY (Signature & Date)  8-5-02 | 24. Print or Type NAME and TITLE  Burleson GT |

## LABORATORY REPORT

**25. ANALYSIS SUMMARY AND REMARKS**

Ex. #22

160621

Gross Wt.: 468.9 gm
Net Wt.: 423.0 gm
Contains:  d-Methamphetamine HCl
           Dimethylsulfone

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 22 | 160621 | d-Methamphetamine HCl | 53 | % | — | 224.2 gm | 421.8 gr |

| 34. ANALYST (Signature)  Sylvia G. Tarin | 35. TITLE  Forensic Chemist | 36. DATE COMPLETED  10/07/02 |
|---|---|---|
| 37. APPROVED BY (Signature & Date)  William F. Phillips | 38. TITLE  10-17-02  Laboratory Director | 39. LAB. LOCATION  National City, CA |

DEA Form - 7
(Sept. 1995)

Previous edition dated 4/90 may be used until stock is exhausted.

1 - Prosecution

**U.S. Department of Justice**
**Drug Enforcement Administration**

Read Instructions on Reverse before completing.

## REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

| 1. HOW OBTAINED (Check) | | | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|---|---|
| ☐ Purchase | ☒ Seizure | ☐ Free Sample | | R4-02-0041 | API 100 | WAM1R |
| ☐ Lab. Seizure | ☐ Money Flashed | ☐ Compliance Sample (Non-Criminal) | | | | |
| ☐ Internal Body Carry | ☐ Other (Specify) N/A | | | | | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Honolulu, Hawaii | 7-25-2002 | Michael MINTON |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | | |
|---|---|---|---|
| N/A | ☐ Case No. OR ☐ Seizure No.  No. N/A | 7. DATE PREPARED 07-30-2002 | 8. GROUP NO. 3 |

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | 13. Seized | 14. Submitted | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| 23 | none | Heroin | One 1 1/2" X 2" clear ziplock type plastic bag containing a black tar like substance | | 24.93 g/ms | |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG?   ☐ NO (included above)   ☒ YES (if Yes, enter exhibit no. and describe original container fully)

REMARKS:
On July 25, 2002, Officer Clement Enoka III of the Honolulu Police Department, recovered exhibit 23 from the Hawaii Prince Hotel located at 100 Holomoana Street, Honolulu, Hawaii, 96815. The exhibit was recovered from the bed located in room #611. Officer Enoka maintained custody of the exhibit until turning custody of the exhibit over to TF/O Timothy Mariani. TF/O Mariani maintained custody of the exhibit until processing the exhibit as evidence and mailing the exhibit to the DEA Southwest Laboratory via RMRR.
*****FINGERPRINT ANALYSIS*****

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| TF/O Timothy Mariani | G/S Michael Johnson |

### LABORATORY EVIDENCE RECEIPT REPORT

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 1 HSEG | RC 011 850 207 | |
| 22. SEAL ☐ Broken ☒ Unbroken | 23. RECEIVED BY (Signature & Date) 8-5-02 | 24. Print or Type NAME and TITLE BURLESON, ST |

### LABORATORY REPORT

25. ANALYSIS SUMMARY AND REMARKS

160622

Ex. #23
Gross Wt.: 24.5 gm
Net Wt.: 0.29 gm
Contains: Heroin HCl

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 23 | 160622 | Heroin HCl | 36 | % | — | 0.10 gm | 0.15 gm |

| 34. ANALYST (Signature) Sylvia G. Tarin | 35. TITLE Forensic Chemist | 36. DATE COMPLETED 10/07/02 |
|---|---|---|
| 37. APPROVED BY (Signature & Date) William F. Phillips | 38. TITLE 10-17-02 Laboratory Director | 39. LAB. LOCATION National City, CA |

DEA Form - 7
(Sept. 1995)   Previous edition dated 4/90 may be used until stock is exhausted.   1 - Prosecution