ORIGINAL

UNITED STATES DISRICT COURT

DISTRICT OF HAWAII

ORIGINAL
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 17 2008

at 4 o'clock and 30 min P M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 07-00597 HG-LEK |
| Plaintiff, | Case No. 1:02-CR-00341-HW-03 |
| vs. | |
| ROBERT R. MALDONADO, JR. | |
| Defendant. | |

"Emergency Motion"

For Appointment of Counsel"

Now Comes; defendant Maldonado with this request for the Honorable Court to appoint counsel based on the foregoing claims:

"Reasons"

1) The Federal Bureau of Prisons on March 3rd, 2008 sent back to Thomas Muehleck, Assistant United States Attorney .... all goverment's response documents except for the first (4) four pages [4 of 22].

2) The Federal Bureau Of Prisons will not allow defendant to review The Presentence Report .... to enable defendant to properly respond to the goverment's response .... in violation of due process.

Wherefore; petitioner requests the court to appoint counsel to properly respond and to allow additional time to file his traverse from the date of appointment of counsel's receipt of the goverment's response.

Wherefore; will this court grant this request as presented?

Signed, dated and mailed

March 11th, 2008

Respectfully submitted;

*Robert R. Maldonado Jr.*
Robert R. Maldonado, Jr.

37601-048

USP Victorville

Box 5500

Adelanto, California   92301

Certificate of Mailing

I Robert Maldonado placed a true and correct copy of the foregoing into the United States mail postage prepaid and affixed and addressed to:

Thomas Muehleck

Assistant United States Attorney

Room 6-100, Federal Building

300 Ala Moana Blvd.

Honolulu, Hawaii    96850

this 11th day of March 2008

                                        Robert Maldonado