ORIGINAL

UNITED STATES DISRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 07-00597 HG-LEK |
| Plaintiff, | Case No. 1:02-CR-00341-HW-03 |
| vs. | |
| ROBERT R. MALDONADO, JR. | |
| Defendant. | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 17 2008

at 4 o'clock and 30 min. P M
SUE BEITIA, CLERK

"Emergency Motion"

To Receive Goverment's Response Dated 2/08/08

---

Now Comes; defendant Maldonado with this request for the Honorable Court to "Order" respondents to re-send the Response via "Certified and Registered" .... open in the presence of inmate>

Reason: The Federal Bureau of Prisons on March 3rd, 2008 sent back to Thomas Muehleck, Assistant United States Attorney .... all documents except the first (4) four pages [4 of 22].

Wherefore; petitioner needs additional time to file his traverse of twenty days from the date of the receipt of the goverments response.

Wherefore; will this court grant this request as presented?

Signed, dated and mailed

March 6th, 2008

Respectfully submitted;

*Robert R. Maldonado Jr.* (signature)

Robert R. Maldonado, Jr.

37601-048

USP Victorville

Box 5500

Adelanto, California  92301

Certificate of Mailing

I Robert Maldonado placed a true and correct copy of the foregoing into the United States mail postage prepaid and affixed and addressed to:

Thomas Muehleck

Assistant United States Attorney

Room 6-100, Federal Building

300 Ala Moana Blvd.

Honolulu, Hawaii  96850

this 6th day of March 2008

Robert Maldonado