NAME Robert Maupaualo Jr.
REG # 37601-048
UNITED STATES PENITENTIARY
P.O. BOX 5500
ADELANTO, CA 92301

"Legal Mail"

RECEIVED
CLERK U.S. DISTRICT COURT
MAR 17 2008
4:30pm by
DISTRICT OF HAWAII

Office of The Clerk
U.S. District Court
District of Hawaii
#300 Ala Moana Blvd (C-338)
P.O. Box 50129
Honolulu, Hawaii 96850-0338