UNITED STATES DISRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 07-00597 HG-LEK |
| Plaintiff, | Case No. 1:02-CR-00341-HW-03 |
| vs. | |
| ROBERT R. MALDONADO, JR. | |
| Defendant. | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 14 2008

at 11 o'clock and 4 min. M.
SUE BEITIA, CLERK

"Notice To Appeal"

Now Comes; defendant Maldonado with this "Notice To Appeal" the court's judgment denying and dismissing defendant's 28 USC §2255 as untimely and barred ..... entered on March 28th, 2008.

Defendant was denied any opportunity to respond.

1) The Federal Bureau of Prisons on March 3rd, 2008 sent back to Thomas Muehleck, Assistant United States Attorney .... all of the goverment's response documents except for the first (4) four pages [4 of 22].

2) The Federal Bureau Of Prisons will not allow defendant to review The Presentence Report .... to enable defendant to properly respond to the goverment's response .... in violation of due process.

Wherefore; defendant hereby gives this "Notice To Appeal" the court's order.

Signed, dated and mailed

April 9th, 2008

                                      Respectfully submitted;

*Robert R. Maldonado Jr.* (signature)

                                      Robert R. Maldonado, Jr.

                                      37601-048

                                      USP Victorville

                                      Box 5500

                                      Adelanto, California  92301