NAME Roger Maldonado Jr
REG # 37601-048
UNITED STATES PENITENTIARY
P.O. BOX 5500
ADELANTO, CA 92301

RECEIVED
CLERK US [DISTRICT COURT]
APR 14 2008
DISTRICT OF HAWAII

LEGAL MAIL

SAN BERNARDINO CA 924
11 APR 2008 PM 1 T

CLERK
United States District Court
District of Hawaii
#300 Ala Moana Blvd., C-338
P.O. Box 50129
Honolulu, Hawaii 96850-0338