IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 08-5882    U.S. District Court Case No. 1:02-CR-00341-HG

Short Case Title USA vs MALDONADO

Date Notice of Appeal Filed by Clerk of District Court 4/14/08

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 28 2008
at 12 o'clock and 45 min. P.M.
SUE BEITIA, CLERK

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | ORIGINAL RECORD | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| | | Other (please specify) |

(additional page for designations if necessary)

( )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )  As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( )  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered _____ Estimated date for completion of transcript _____
Print Name of Attorney PRO-SE    Phone Number N/A
Signature of Attorney Robert R. Maldonado Jr.
Address USP Victorville, Box 5500, Adelanto, California 92301

**SECTION B** - To be completed by court reporter

I, ~~[signature]~~ _____ have received this designation.
        (signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____


**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____ Court Reporter's Signature _____


**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia _____ BY: _____
(U.S. District Court Clerk)    (date)        DEPUTY CLERK

NAME Robert Maunakea Jr.
REG # 37201-048
UNITED STATES PENITENTIARY
P.O. BOX 5500
ADELANTO, CA 92301

LEGAL MAIL



RECEIVED
CLERK U.S. DISTRICT COURT
APR 28 2008
12:45p-6
DISTRICT OF HAWAII

Clerk
United States District Court
300 Ala Moana Blvd. C-338
Honolulu, Hawaii 96850-0338